**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

CIVIL ACTIONS

Kuhn v. 1st Source Bank, No. 1:24-cv-10692
Harris v. Franklin Mint Federal Credit Union, No. 1:23-cv-12891
Smith v. Genworth Financial, Inc., No. 1:23-cv-12416
Baker v. Hartford Life and Accident Insurance Company, No. 1:23-cv-12870
In re Lumico Life Insurance MOVEit Data Security Incident Litigation, No. 1:23-cv-12899
Buzzell v. Maximus, Inc. et al., No. 1:23-cv-12441
Harding v. Maximus, Inc. et al., No. 1:23-cv-12443
Bivens, Allen v. MEMBERS Life Insurance Company, No. 1:23-cv-12427
Hale v. Milliman Solutions LLC, No. 1:23-cv-12492
Glabb v. Pension Benefits Information, LLC, No. 1:23-cv-12511
Collins v. Pension Benefit Information, LLC et al., No. 1:23-cv-12488
Smith v. Pension Benefit Information, LLC et al., No. 1:23-cv-12489
Ellis et al. v. Pension Benefit Information, LLC et al., No. 1:23-cv-12506
Berry v. Progress Software Corporation, No. 1:23-cv-12343
Diggs et al. v. Progress Software Corporation, No. 1:23-cv-11370
Pipes v. Ipswitch, Inc. et al., No. 23-cv-11394
Tenner v. Progress, No. 1:23-cv-11412
Guillory-Caillier et al. v. Progress Software Corporation, No. 1:23-cv-11417
Meyer v. Progress Software Corporation, No. 1:23-cv-11543
Reese et al. v. Ipswitch, Inc. et al., No. 1:23-cv-11610
Moore et al. v. Progress Software Corporation, No. 1:23-cv-11669
Harris v. Progress Software Corporation, No. 1:23-cv-12486
Baker v. Progress Software Corporation, No. 1:23-cv-11777
Bailey v. Progress Software Corporation et al., No. 1:23-cv-12356
Harris v. Pension Benefit Information, LLC et al., No. 1:23-cv-12816
Feregrino et al. v. Pension Benefit Information, LLC et al., No. 1:23-cv-12507
White et al. v. Pension Benefit Information, LLC et al., No. 1:23-cv-12512
Mosqueda v. Progress Software Corporation et al., No. 1:23-cv-12440
Siflinger et al. v. Progress Software Corporation et al., No. 1:23-cv-11782
Valerie Taylor et al. v. Pension Benefit Information, LLC et al., No. 1:23-cv-12477
Anastasio v. Progress Software Corporation et al., No. 1:23-cv-11442
Jentz v. Teachers Insurance and Annuity Association of America, No. 1:23-cv-12667
In re UnitedHealthcare Student Resources Data Security Litigation, No. 1:23-cv-13064
Benton-Hill v. The University of Rochester, No. 1:23-cv-12601
Pulignani v. Progress Software Corporation et al., No. 1:23-cv-12495
Truesdale v. Progress Software Corporation et al., No. 1:23-cv-12497
Doe v. Progress Software Corporation et al., No. 1:23-cv-12496
Williams v. Pension Benefit Information, LLC et al., No. 1:23-cv-12508

**ORDER OF DISMISSAL**

Burroughs, D.J.

In accordance with the Court's Orders, MDL Order No. 19, dated December 12, 2024, and MDL Order No. 32, dated February 6, 2026, it is hereby ORDERED that the above-entitled actions be and hereby are DISMISSED without prejudice for lack of Article III standing.

By the Court,

4/22/2026
Date

/s/ Caetlin McManus
Deputy Clerk